PROB 12B
(7/93)

# UNITED STATES DISTRICT COURT

for

Illinois Central

FILED
SEP 29 2025

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:  David L. Evans (Reg No. 06987-025)

Case Number:  0753 1:05CR10017-001

Name of Sentencing Judicial Officer:  Honorable Joe Billy McDade

Date of Original Sentence:  12/09/2005

Original Offense:
Possession of a Firearm by a Felon

April 27, 2021: Petition for Warrant or Summons for Offender Under Supervision filed with the Court reporting Mr. David Evan's following violation conduct: Violation of Order of Protection (2 counts); Aggravated Domestic Battery; and Criminal Damage to Property. The Court issued a warrant.

July 16, 2021: Supervised release revoked. Sentenced to time served, followed by a 4 year term of supervised release.

October 29, 2021: Violation report submitted to the Court reporting Mr. Evan's failure to report to the U.S. Probation Office within 72 hours of his release, failure to notify the U.S. Probation Office within 72 hours of law enforcement contact, and committing a local crime by speeding 26-34 over the limit. Mr. Evans was referred for a Cognitive Based Therapy program and no additional Court action was recommended at that time, and the Court concurred.

March 30, 2022: Informational violation report submitted to the Court reporting Mr. Evan's arrest for Unlawful Possession of a Weapon by a Felon. Additional time was requested to complete an appropriate investigation, and the Court concurred.

April 12, 2022: Informational report submit to the Court reporting Mr. Evans' arrest for Unlawful Possession of a Weapon by a Felon in Peoria County, Illinois, Circuit Court Case No. 2022-CF-205. No Court action was recommended at that time to await a resolution in state court prior to requesting any Court action, and the Court concurred.

February 17, 2023: Violation report submitted to the Court reporting Mr. Evan's guilty plea for Leaving the Scene of an Accident. Mr. Evans was referred to a cognitive behavioral therapy (CBT) program to afford him the opportunity to obtain improved decisionmaking skills. No additional Court action was recommended, and the Court concurred.

March 20, 2023: Violation report submitted to the Court reporting Mr. Evan's sweat patch had been tampered with by removing the patch without permission. No Court action was recommended at this time, and the Court concurred.

July 11, 2023: Request for Modifying the Conditions or Term of Supervision with Consent of the Offender submitted to the Court reporting Mr. Evans' possession and use of cocaine. The Court ordered added condition number 15 requiring Mr. Evans to serve 30 days of home confinement.

PROB 12B
(7/93)

June 11, 2024: Request for Modifying the Conditions or Term of Supervision with Consent of the Offender was submitted to the Court reporting Mr. Evans' arrest for Driving Under the Influence of Alcohol. The Court ordered Condition number 16 be added, requiring Mr. Evans to serve 90 days of location monitoring.

September 18, 2024: Mr. Evans submitted a request for early termination to the Court. Due to Mr. Evans' persistent pattern of non-compliance with supervised release, the Court was persuaded that Mr. Evans was not ready for termination of supervised release and denied this request.

September 27, 2024: Violation report submitted to the Court reporting Mr. Evans' positive drug test for alcohol. Mr. Evans was verbally admonished and readvised of the expectations while on supervised release and referred for a substance abuse assessment. No Court action was recommended, and the Court concurred.

March 20, 2025: Violation report submitted to the Court reporting Mr. Evans' arrest for Retail Theft, Domestic Battery, Unlawful Restraint, and possession and use of alcohol. No Court action as recommended to allow the U.S. Probation Office the ability to follow these court case, and if convicted, to provide a recommendation to the court at that time and the Court concurred. Mr. Evans' Retail Theft, Domestic Battery and Unlawful Restraint were ultimately dismissed, and he was verbally admonished for his possession and use of alcohol.

Original Sentence: 210 months custody, followed by 5 years supervised release.

Type of Supervision: Supervised Release          Date Supervision Commenced: 07/16/2021

## PETITIONING THE COURT

☐ To extend the term of supervision for ___ years, for a total term of ___ years.

☒ To modify the conditions of supervision as follows:

ADD CONDITION NO. 17: You shall serve 4 consecutive weekends in intermittent confinement to commence at a time, at a facility, as instructed by U.S. Probation Office. You shall abide by the rules and regulations of that facility. You will pay the cost of incarceration as directed.

### CAUSE

On September 7, 2025, Peoria County, Illinois, Sheriff's Office (PCSO) observed Mr. Evans turn left onto an intersection marked right turn only. Additionally, PCSO reported the observed Mr. Evans disregard a traffic control device as well. As a result, PCSO conducted a traffic stop on the vehicle Mr. Evans was operating. PCSO reported, during this traffic stop, the smell of an alcohol based beverage was noticed coming from the vehicle.

As a result, Mr. Evans submitted to a field sobriety test. PCSO reported during the Horizontal Gaze Nystagmus, they observed 4 clues of intoxication; during the walk and turn test, they observed 6 clues of intoxication; and during the one leg stand, they observed 3 clues of intoxication. PCSO reported Mr. Evans submitted to a portable breath alcohol test 7 times, all of which were unsuccessful due to Mr. Evans not blowing into the portable breath test machine long enough. Ultimately, Mr. Evans was arrested for Driving Under the Influence of Alcohol (DUI) and transported to Peoria County, Illinois, Jail to submit to another chemical testing of his breath.

PROB 12B
(7/93)

However, upon arriving at the Peoria County, Illinois, Jail, Mr. Evans refused to submit to a chemical breath test.

On September 10, 2025, U.S. Probation Officer (USPO) Jonathan Young spoke with Mr. Evans at his residence regarding his DUI arrest. Despite failing his field sobriety tests, the smell of an alcohol based beverage coming from his vehicle, and failing to provide an appropriate breath sample for PCSO, Mr. Evans denied he possessed or used alcohol prior to operating his vehicle. Despite Mr. Evans denying any alcohol use prior to operating his vehicle, on September 9, 2025, Mr. Evans was charged with Driving Under the Influence of Alcohol in Peoria County, Illinois, Circuit Court Case No. 2025-DT-321. On September 15, 2025, USPO Young met with Mr. Evans at the U.S. Probation Office. Mr. Evans again denied he possessed or used any alcohol prior to operating his vehicle on September 7, 2025. However, Mr. Evans has agreed to add condition number 17, requiring him to serve four weekends of intermittent confinement as instructed by U.S. Probation. The U.S. Probation Office believes this sanction will not only address Mr. Evans's continued noncompliance, but also help prevent future violations during his four weekends of intermittent confinement all while allowing him to maintain full-time employment and remain in the community. This is the second time Mr. Evans has been arrested for DUI while on supervised release. Mr. Evans was placed on location monitoring as a sanction for his prior DUI in 2024.

Therefore, it is recommended condition number 17 be added requiring Mr. Evans to serve four consecutive weekends of intermittent confinement. This modification has been explained to Mr. Evans, he understood his rights to a hearing and counsel. He waived his rights to counsel and a hearing, and has agreed to the proposed modification. Mr. Evans' signed Waiver of Hearing is attached for the Court's review. I have discussed this matter with Assistant U.S. Attorney Grace Hitzeman who concurs with this recommendation as well.

Respectfully submitted,

by Jonathan M Young
Digitally signed by Jonathan M Young
Date: 2025.09.29 13:42:10 -05'00'

U.S. Probation Officer
Date: 09/29/2025

---

THE COURT ORDERS:

☐ No action.

☐ The extension of supervision as noted above.

☒ The modification of conditions as noted above.

☐ Other

*[Signature]*
Signature of Judicial Officer
9/29/25
Date